Filed 1/8/16  P. v. Gray CA1/4

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION FOUR

| | |
|---|---|
| THE PEOPLE,<br><br>        Plaintiff and Respondent,<br><br>v.<br><br>CLARENCE P. GRAY,<br><br>        Defendant and Appellant. | A144830<br><br>(Solano County<br>Super. Ct. No. VCR212241) |

Appellant Clarence P. Gray was charged with attempted first degree burglary (Count 1) (Pen. Code, §§ 459/664) and receiving stolen property (Count 2) (Pen. Code, § 496, subd. (a)).  He entered no contest pleas to these Counts.

On November 28, 2011, he was sentenced to state prison for 3 years on Count 1, with a consecutive term of 8 months on Count 2.  Execution of sentence was suspended and appellant was granted probation on various terms and conditions.  In June of 2013 appellant was found in violation of probation and his suspended sentence was ordered executed.

On August 28, 2011, appellant attempted to enter the home occupied by Robert Brillon with intent to commit theft.  At the time of his arrest, appellant knowingly possessed stolen identification and insurance cards.[1]

Appellant's counsel on appeal has filed an opening brief raising no issues and asking this Court for an independent review of the record pursuant to *People v. Wende*

---

[1]  Appellant stipulated to this factual basis at the time of his no contest plea.

(1979) 25 Cal.3d 436.  We have conducted the requested review and conclude that there were no arguable issues.[2]

Appellant was represented by counsel throughout the proceedings below.  His no contest pleas were validly entered after advisement of rights and consequences.  There was no sentencing error.

The judgment is affirmed.


_____

REARDON, J.


We concur:


_____

RUVOLO, P. J.


_____

RIVERA, J.

---

[2]  Appellant has been informed by appellant's counsel on appeal of the opportunity to file a supplemental brief, but has not done so.